IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

TOMMIE LEE SHEPPARD                                                                              PLAINTIFF

VERSUS                                                        CIVIL ACTION NO. 5:07cv33-DCB-MTP

ISSAQUENA COUNTY JAIL,
VICKSBURG POLICE DEPARTMENT,
GEORGE KENT, and TOMMIE MOFFETT                                                          DEFENDANTS

## **FINAL JUDGMENT**

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this Court.

SO ORDERED AND ADJUDGED, this the   4th   day of September, 2007.


                                                               s/ David Bramlette
                                                        UNITED STATES DISTRICT JUDGE